**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANNA RASLAVICH,

    Plaintiff,

v.                                                  Case No: 8:25-cv-77-WFJ-TGW

NEXT MORTGAGE, INC.,

    Defendant.
_____/

## ORDER

The Court has been advised by **the Notice of Resolution and Joint Request to Stay (Dkt. 16)** that the above-styled action has likely been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby administratively closed and within sixty (60) days of the date of this order, up to and including April 10, 2025, the parties may submit a stipulated form of final order or judgment should they so choose, or any party may reopen the action upon notice and motion. After that sixty-day period, however, the matter will be dismissed with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to **ADMINISTRATIVELY CLOSE** the file.

**DONE** and **ORDERED** in Tampa, Florida on February 10, 2025.

                                              s/*William F. Jung*
                                              **WILLIAM F. JUNG**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record